IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>                                    )<br>                                    )<br>SVETLANA MARKEVICH                  )<br>                                    )<br>          Defendants.               )<br>_____ | Case No. CR-S-11-0490 JAM<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON**<br><br><br>Judge: HON. JOHN A. MENDEZ |

   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the following defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

   Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendants's interest will be deemed represented at all times by the presence of the defendants's attorney, the same as if the defendants were personally

Waiver of appearance

1  present; and further agrees to be present in court ready for
2  trial any day and hour the court may fix in the defendants's
3  absence.
4      The defendants further acknowledge being informed of the
5  rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act),
6  and authorizes the defendants's attorney to set times and
7  dates under that Act without the defendant's personal
8  presence.
9      The original signed copy of this waiver is being
10 preserved by the attorneys undersigned.

12 Dated: May 1, 2012

                               SVETLANA MARKEVICH
                          (Original retained by attorney)
     I agree with and consent to my client's waiver of
appearance.
Dated: May 1, 2012
                               /s/ *JULIA YOUNG*

                               JULIA YOUNG
                               Attorney for Defendant

**IT IS SO ORDERED.**

Dated: January 24, 2013

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
United States District Court